UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR ESCALERA JAIME,<br><br>                                    Plaintiff,<br><br>v.<br><br>CHRISTOPHER LAROSE, Senior Warden, Otay Mesa Detention Center, et al.,<br><br>                                    Defendants. | Case No.: 25-CV-2943 JLS (MMP)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 5) |

Presently before the Court is the Parties' Joint Motion to Dismiss ("Joint Mot.," ECF No. 5). Good cause appearing, the Court **GRANTS** the Joint Motion and **DISMISSES** this matter **WITHOUT PREJUDICE**. As agreed by and between the Parties, each party will bear its own fees and costs. As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

   **IT IS SO ORDERED.**

Dated: November 4, 2025

                                                                Hon. Janis L. Sammartino
                                                                United States District Judge

25-CV-2943 JLS (MMP)